UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  

Chantira M Smothers

Debtor(s)

Case No. 13-12743

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/28/2013.

2) The plan was confirmed on 06/28/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/07/2013.

5) The case was converted on 10/15/2013.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $10,110.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,500.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,500.00** |

| Expenses of Administration: | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $454.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $58.50 |
| Other | $355.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$868.23** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS | Unsecured | 1,009.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AT&T INC | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| BURR RIDGE PARK DISTRICT | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,648.00 | 5,390.80 | 5,390.80 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 200.00 | 727.31 | 727.31 | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 1,429.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| DUVERA FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| GEORGE ZIEMANN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GREENTREE & ASSOCIATES | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| GREENTREE & ASSOCIATES | Unsecured | 1,495.00 | NA | NA | 0.00 | 0.00 |
| HOLY CROSS HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SERV | Unsecured | 2,075.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 57.00 | 361.85 | 361.85 | 0.00 | 0.00 |
| ILLINOIS SCHOOL OF HEALTH CARE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,415.00 | 13,166.00 | 13,166.00 | 0.00 | 0.00 |
| JOHN REID | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LAGRANGE MEMORIAL HOSPITAL | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| LAGRANGE MEMORIAL HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| LAGRANGE PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LANGSTON UNIVERSITY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTE BUILDING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANT | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTION SERVICES | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,072.52 | 990.20 | 990.20 | 0.00 | 0.00 |
| NIKO CREDIT SERVICES | Unsecured | 2,852.00 | 4,170.18 | 4,170.18 | 0.00 | 0.00 |
| PALISADES COLLECTION | Unsecured | 12,050.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 393.00 | 393.82 | 393.82 | 0.00 | 0.00 |
| RENT A CENTER INC | Secured | 5,000.00 | 5,000.00 | 5,000.00 | 69.45 | 141.71 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 87.39 | 87.39 | 0.00 | 0.00 |
| SAFEGUARD SELF STORAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 1,074.61 | 1,074.61 | 1,074.61 | 202.46 | 8.14 |
| SPRINT NEXTEL | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Unsecured | NA | 1,175.45 | 1,175.45 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Secured | 10,217.00 | 10,217.00 | 10,217.00 | 127.98 | 82.03 |
| WESTWOOD COLLEGE OF TECHNOL | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,217.00 | $127.98 | $82.03 |
| All Other Secured | $6,074.61 | $271.91 | $149.85 |
| **TOTAL SECURED:** | **$16,291.61** | **$399.89** | **$231.88** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,713.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $868.23 |
| Disbursements to Creditors | $631.77 |
| **TOTAL DISBURSEMENTS** : | **$1,500.00** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/31/2013        By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.